**Jason Ashant'e FLOYD, Plaintiff— Appellant,**

v.

**HAMPTON REGIONAL JAIL, Medical Department (Dentist) (Name can't remember) black female, Defendant— Appellee.**

**Jason Ashant'e Floyd, Plaintiff— Appellant,**

v.

**City of Newport News, Police Department, and Police Officer (Miezel), Defendant—Appellee.**

**Nos. 06–7480, 06–7481.**

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 14, 2006.

Decided: Dec. 21, 2006.

**340**

Jason Ashant'e Floyd, Appellant Pro Se.

Before MICHAEL, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jason Ashant'e Floyd appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2000) complaints. The district court dismissed the actions without prejudice because Floyd failed to provide the court with a current address. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Floyd v. Hampton Reg'l Jail*, No. 2:06–cv–00300–WDK (E.D. Va. filed Aug. 4, 2006 & entered Aug. 9, 2006); *Floyd v. City of Newport News*, No. 2:06–cv–00301–WDK (E.D.Va. Aug. 4, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*